| PROB 22<br>(D\CO 01/03) | | DOCKET NUMBER<br>13-cr-00146-REB-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER<br>3:10CR00109-001 |

| NAME OF PROBATIONER/SUPERVISED RELEASEE:<br><br>WALTER ALFRED SCHROTH | DISTRICT<br>District of Colorado | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Lacey A. Collier | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM<br>May 4, 2012 | TO<br>May 3, 2015 |

OFFENSE: Possession of a Firearm Bearing an Altered Serial Number, 18 U.S.C. §§ 922(k) and 924(a)(1)(B); Possession With Intent to Distribute Marijuana 21 U.S.C. § 841 (a)(1), (b)(1)(D)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  District of Colorado

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Florida, Pensacola, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| March 6, 2015 | s/ Robert E. Blackburn |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  Northern District of Florida

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

| 20 Mar 15 | [signature] |
|---|---|
| Effective Date | United States District Judge |